IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA JOHN MARANEY,<br><br>Plaintiff,<br><br>v.<br><br>THE COMMONWEALTH OF PENNSYLVANIA et al.,<br><br>Defendants. | 2:26-CV-00499-CCW-MPK |

**ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 5, 2026, the Magistrate Judge issued a Report (the "R&R"), ECF No. 15, recommending that the Second Amended Complaint, ECF No. 13, be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous, malicious, and/or for failing to state a claim upon which relief may be granted. Service of the R&R was made on the parties, and Mr. Maraney has filed objections. ECF No. 16.

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the objections thereto, IT IS HEREBY ORDERED that the Second Amended Complaint is DISMISSED WITH PREJUDICE and the R&R, ECF No. 15, is ADOPTED as the Opinion of the Court.

DATED this 28th day of October, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via U.S. Mail):

Joshua John Maraney
1122255
Greene County Jail
855 Rolling Meadows Road
Waynesburg, PA 15370